No. 2390. ROSARIO ET AL., APPELLANTS, *v.* ROSALY, APPEL-LEE.—Ejectment.  Ponce.  December 23, 1920.  *Dismissed.*

---

No. 1580. PEOPLE, APPELLEE, *v.* PADRÓN, APPELLANT. — Slander.  San Juan.  December 23, 1920.  *Reversed.*